Joseph R. Taylor (SBN: 129933)
Joseph M. Gabriel (SBN: 123716)
Glen A. Rothstein (SBN: 181009)
**LINER YANKELEVITZ**
**SUNSHINE & REGENSTREIF LLP**
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Telephone:  (310) 500-3500
Facsimile:  (310) 500-3501

Attorneys for Plaintiff and
Cross-Defendant SIGNATURES
NETWORK, INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGNATURES NETWORK, INC., a California corporation, | Case No. CV04-2346 WJR (PJWx) |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF COMPLAINT AND SECOND AMENDED CROSS-COMPLAINT;** ~~[PROPOSED]~~ **ORDER** |
| vs. | |
| SLIPKNOT MERCHANDISING, LLC, an Iowa Limited Liability Company, M. SHAWN CRAHAN, a/k/a MICHAEL SHAWN CRAHAN, PAUL GRAY, NATHAN JORDISON, and COREY TAYLOR, | |
| Defendants. | |
| SLIPKNOT MERCHANDISING, LLC, an Iowa limited liability company, | |
| Cross-Complainant, | |
| vs. | |
| SIGNATURES NETWORK, INC., and ROES 1 through 50, | |
| Cross-Defendants. | |

1

TO UNITED STATES DISTRICT JUDGE WILLIAM J. REA AND TO THE CLERK OF THE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff and Cross-Defendant Signatures Network, Inc. ("SNI") and Defendant and Cross-Complainant Slipknot Merchandising, LLC and Defendants M. Shawn Crahan, a/k/a Michael Shawn Crahan, Paul Gray, Nathan Jordison, and Corey Taylor (collectively, "Slipknot") hereby stipulate that all claims stated in the Complaint entitled Signatures Network, Inc. v. Slipknot Merchandising, LLC, et al., United States District Court for the Central District of California, Case No. CV04-2346 WJR (PJWx) and the Second Amended Cross-Complaint entitled Slipknot Merchandising, LLC v. Signatures Network, Inc., United States District Court for the Central District of California, Case No. CV04-2346 WJR (PJWx) are hereby dismissed, *with prejudice*, each of the parties to bear their respective costs and attorneys' fees.

Dated: October __, 2004

LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP

By _____
Joseph M. Gabriel
Attorneys for Plaintiff and Cross-Defendant Signatures Network, Inc.

Dated: October 12, 2004

PROSKAUER ROSE LLP

By _____
Hayes F. Michel
Attorneys for Defendant and Cross-Complainant Slipknot Merchandising, LLC, and Defendants M. Shawn Crahan, a/k/a Michael Shawn Crahan, Paul Gray, Nathan Jordison, and Corey Taylor

**ORDER**

IT IS SO ORDERED.

Dated: 10-15-04

_____
Hon. William J. Rea
United States District Judge

2

STIPULATION FOR DISMISSAL OF COMPLAINT AND SECOND AMENDED CROSS-COMPLAINT

0097004/006/ 217824v1

1 TO UNITED STATES DISTRICT JUDGE WILLIAM J. REA AND TO THE
2 CLERK OF THE COURT:
3     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff and Cross-
4 Defendant Signatures Network, Inc. ("SNI") and Defendant and Cross-
5 Complainant Slipknot Merchandising, LLC and Defendants M. Shawn Crahan,
6 a/k/a Michael Shawn Crahan, Paul Gray, Nathan Jordison, and Corey Taylor
7 (collectively, "Slipknot") hereby stipulate that all claims stated in the Complaint
8 entitled <u>Signatures Network, Inc. v. Slipknot Merchandising, LLC, et al.</u>, United
9 States District Court for the Central District of California, Case No. CV04-2346
10 WJR (PJWx) and the Second Amended Cross-Complaint entitled <u>Slipknot
11 Merchandising, LLC v. Signatures Network, Inc.</u>, United States District Court for
12 the Central District of California, Case No. CV04-2346 WJR (PJWx) are hereby
13 dismissed, ***with prejudice***, each of the parties to bear their respective costs and
14 attorneys' fees.

15 Dated: October 12, 2004      LINER YANKELEVITZ
                                             SUNSHINE & REGENSTREIF LLP

By _____
Joseph M. Gabriel
Attorneys for Plaintiff and Cross-Defendant
Signatures Network, Inc.

Dated: October ___, 2004      PROSKAUER ROSE LLP

By _____
Hayes F. Michel
Attorneys for Defendant and Cross-Complainant Slipknot Merchandising, LLC, and Defendants M. Shawn Crahan, a/k/a Michael Shawn Crahan, Paul Gray, Nathan Jordison, and Corey Taylor

## ORDER

IT IS SO ORDERED.

Dated: _____
                                        Hon. William J. Rea
                                        United States District Judge

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024.

On **October 13, 2004**, I served the document described as: **STIPULATION FOR DISMISSAL OF COMPLAINT AND SECOND AMENDED CROSS-COMPLAINT [PROPOSED] ORDER** on the interested parties in this action as follows:

Proskauer Rose LLP
Bert H. Deixler, Esq.
Hayes F. Michel, Esq.
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone:  (310) 557-2900
Facsimile:   (310) 557-2193

**X**  **BY MAIL:** In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing on this same date following ordinary business practices.

___  **BY PERSONAL SERVICE:** I delivered such document by hand to the office of the addressee(s) noted above.

___  **BY OVERNIGHT DELIVERY:** I caused such envelope to be delivered by hand to the office of the addressee, either by overnight delivery via Federal Express or by other courier service.

___  **BY FACSIMILE:** I caused the foregoing document to be transmitted by telecopy/facsimile machine to the facsimile numbers of the addressee(s) as listed above. The transmission was reported complete and without error.

**X**  I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

**FEDERAL**

**X**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **October 13, 2004**, at Los Angeles, California.

*/s/ Joda Solomon*
Joda Solomon

0097004/006/ 214737v1